IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Bommarito, Anthony

Printed:  1/15/08

Case Number:  07 B 15009
Judge:  Wedoff, Eugene R
Filed:  8/18/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed:  November 15, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 675.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 675.00 |
| Totals: | 675.00 | 675.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Americredit Financial Ser Inc | Secured | 21,131.54 | 0.00 |
| 2. | 3950 N Lake Shore Drive Condominium | Secured | 8,095.65 | 0.00 |
| 3. | EMC Mortgage Corporation | Secured | 3,456.14 | 0.00 |
| 4. | Litton Loan Servicing | Secured | 15,213.14 | 0.00 |
| 5. | EMC Mortgage Corporation | Unsecured | 0.00 | 0.00 |
| 6. | Litton Loan Servicing | Unsecured | 0.00 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 0.00 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 0.00 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 0.00 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 0.00 | 0.00 |
| 11. | Americredit Financial Ser Inc | Unsecured | 0.00 | 0.00 |
| 12. | Litton Loan Servicing | Secured | | No Claim Filed |
| 13. | EMC Mortgage Corporation | Secured | | No Claim Filed |
| 14. | Cook County Treasurer | Secured | | No Claim Filed |
| 15. | Americredit Financial Ser Inc | Secured | | No Claim Filed |
| 16. | Cook County Treasurer | Unsecured | | No Claim Filed |
| 17. | Americredit Financial Ser Inc | Unsecured | | No Claim Filed |
| | | | $ 47,896.47 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Bommarito, Anthony

Printed:  1/15/08

Case Number:  07 B 15009

Judge:  Wedoff, Eugene R

Filed:  8/18/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: